```
                                              FILED
                                       U.S. DISTRICT COURT
                                          SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2012 SEP 28 PM 2:28
SAVANNAH DIVISION

CLERK_____
SO. DIST. OF GA.

ALFRED PERRY,                    )
                                 )
        Petitioner,              )
                                 )
v.                               )   CASE NO. CV412-129
                                 )
SHERIFF AL ST. LAWRENCE,         )
Chatham County Detention         )
Center,                          )
                                 )
        Respondent.              )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the Petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA