FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 28 PM 2:28

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALFRED PERRY, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) CASE NO. CV412-129<br>) |
| SHERIFF AL ST. LAWRENCE,<br>Chatham County Detention<br>Center, | )<br>)<br>)<br>) |
| Respondent. | )<br>) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the Petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA